IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RODNEY J. YANKE,<br><br>    Plaintiff,<br><br>v.<br><br>ERIC A. LUDLOW, et al.,<br><br>    Defendants. | **ORDER**<br><br>Case No. 2:11-CV-962<br><br>Judge Clark Waddoups |

   This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Samuel Alba pursuant to 28 U.S.C. § 636(b)(1)(B). On May 30, 2012, Judge Alba issued a Report and Recommendation (Dkt. No. 33) recommending that the court grant a motion to dismiss filed by Defendants Eric Ludlow and Hans Chamberlain (Dkt. No. 8), a motion to dismiss filed by Defendants Mark Steinagel and Dee Johnson (Dkt. No. 15) and a motion to dismiss filed by Defendant Brent Brindley (Dkt. No. 28). The court granted Plaintiff's motion for an enlargement of time to submit an opposition to Judge Alba's Report and Recommendation on June 20, 2012. (Dkt. No. 36.) Plaintiff, appearing pro se, then filed a document with the court entitled "Reply and Opposition To Defendant's Motion to Dismiss" on July 5, 2012. Because Plaintiff is appearing pro se, the court will construe his pleading filed on July 5, 2012 to be an objection to the magistrate's report and recommendation. *See Ledbetter v. City of Topeka*, 318 F.3d 1183, 1187 (10th Cir. 2003).

2

After having reviewed the file *de novo*, and considering Plaintiff's objections, the court hereby APPROVES AND ADOPTS Judge Alba's Report and Recommendation (Dkt. No. 33) in its entirety.

DATED this 16th day of July, 2012.

BY THE COURT:

_____
Clark Waddoups
United States District Judge